ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Al-Muntakaa Company ) | ASBCA Nos. 58447, 59010 |
| ) | |
| Under Contract No. W912ER-12-C-0010 ) | |

APPEARANCE FOR THE APPELLANT:      Joseph J. Petrillo, Esq.
                                   Petrillo & Powell, P.L.L.C.
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   Pietro O. Mistretta, Esq.
                                   Daniel B. McConnell, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Middle East
                                     Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 29 July 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58447, 59010, Appeals of Al-Muntakaa Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals